NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
DAVID PINCHAS
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2920
    Facsimile: (213) 894-7819
    E-mail: david.pinchas@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINT P. DURST, et al., | No. CV18-5415 CBM (JEMx) |
| Plaintiffs, | JUDGMENT [JS-6] |
| v. | |
| KIRSTJEN M. NIELSEN, et al., | Honorable Consuelo B. Marshall |
| Defendants. | |

Pursuant to the parties' Stipulation for Compromise Settlement and Dismissal, IT IS HEREBY ORDERED AND ADJUDGED:

1. Plaintiffs' First Amended Complaint for Relief under the Administrative Procedure Act and action are dismissed with prejudice in their entirety; and

2. Each party shall bear his, her or its own costs, expenses and attorney's fees.

Dated: March 27, 2019

_____
UNITED STATES DISTRICT JUDGE